HENRY STEIR, an Infant, by WOLF STEIR, His Guardian ad Litem, et al., Appellants, *v.* LONDON GUARANTEE & ACCIDENT COMPANY, LTD., OF LONDON, ENGLAND, Respondent.

(Argued June 9, 1930; decided July 8, 1930.)

*William J. Millard, Alexander D. Diamond, Abraham Gruber* and *Myers Greene* for appellants.

*Leo C. Weiler, Max Ash* and *William E. Lowther* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.